# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION

## CRIMINAL CASE NO. 1:11cr60-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| EVERETT DEWEY SURRETT. ) | |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss. [Doc. 18].

The Government moves to dismiss the Bill of Indictment against the above-named Defendant due to his death. [Doc. 18]. For cause shown, the motion will be granted.

**IT IS, THEREFORE, ORDERED** that the Government's Motion to Dismiss [Doc. 18] is **GRANTED**, and the Bill of Indictment against the Defendant Everett Dewey Surrett is hereby **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

Signed: February 6, 2012

Martin Reidinger
United States District Judge